[No. 7314–1–I.   Division One.   February 19, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. ALONZO MIMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87013, Stanley C. Soderland, J., entered January 3, 1979. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow, C.J., and James, J.

[No. 3691–II.   Division Two.   February 19, 1980.]

KENNETH E. MOELLER, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 255632, Robert A. Jacques, J., entered September 8, 1978. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Pearson, J., and Johnson, J. Pro Tem.

[No. 3628–6–III.   Division Three.   February 19, 1980.]

CITIZENS FOR THE PRESERVATION OF RIVERSIDE STATE PARK, *Appellant,* v. MURPHY BROTHERS, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79–2–00114–1, Willard A. Zellmer, J., entered September 12, 1979. *Affirmed* by unpublished opinion per Roe, J., concurred in by Green, C.J., and McInturff, J.